Same case below, 360 Fed. Appx. 941.

■■■■■■■■

**No. 10-5151. Gwen Bittan, Petitioner v. Hawaii Department of Human Services.**

562 U.S. 906, 131 S. Ct. 250, 178 L. Ed. 2d 166, 2010 U.S. LEXIS 7138, ■■■■

■■■■■■■■■■

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Hawaii denied.

Same case below, 123 Hawaii 1, 229 P.3d 1066.

■■■■■■■■

**No. 10-5152. Niles M. Belk, Petitioner v. United States.**

562 U.S. 906, 131 S. Ct. 250, 178 L. Ed. 2d 166, 2010 U.S. LEXIS 7434.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 374 Fed. Appx. 372.

■■■■■■■■

**No. 10-5155. Troy Luke Burks, Petitioner v. Colie Rushton, Warden, et al.**

562 U.S. 906, 131 S. Ct. 251, 178 L. Ed. 2d 166, 2010 U.S. LEXIS 6880.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 368 Fed. Appx. 375.

■■■■■■■■

**No. 10-5156. Elmer Edward Burge, Jr., Petitioner v. Virginia.**

562 U.S. 906, 131 S. Ct. 251, 178 L. Ed. 2d 166, 2010 U.S. LEXIS 6870.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

■■■■■■■■

**No. 10-5157. Charles Odom, Petitioner v. North Dakota.**

562 U.S. 906, 131 S. Ct. 251, 178 L. Ed. 2d 166, 2010 U.S. LEXIS 6844.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of North Dakota denied.

Same case below, 780 N.W.2d 666.

■■■■■■■■

**No. 10-5158. Ramon Hosea McGraw, Petitioner v. Arkansas Department of Correction.**

562 U.S. 906, 131 S. Ct. 393, 178 L. Ed. 2d 166, 2010 U.S. LEXIS 6966.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.